IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                        CRIMINAL NO.  3:07-cr-159

JAMES HODA

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, JAMES HODA, without prejudice.

>                DUNN LAMPTON
>                United States Attorney
>
>
>                s/  Charles B. Irvin
>           By:  CHARLES B. IRVIN
>                Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED AND ADJUDGED** this the 14th day of April, 2008.

>                s/ *Daniel P. Jordan III*
>                UNITED STATES DISTRICT JUDGE